**AMANDA L. IRELAND, ESQ.**
Nevada Bar No. 13155
**IRELAND LAW GROUP, LLC**
7854 West Sahara Ave.
Las Vegas, Nevada 89117
T: (702) 427-2110
F: (702) 441-7637
E: amanda@irelandlawgroup.com
and
**GABRIEL L. GRASSO, ESQ.**
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SARA KIM NGUYEN, individually,<br><br>Plaintiff,<br><br>vs.<br><br>LANE F. SMITH, M.D., individually; SMITH SALON, LLC dba Chic La Vie, a Limited-Liability Company; SMITH PLASTIC SURGERY INSTITUTE, PC, a Professional Corporation; SMITH PLASTIC SURGERY BUILDING LLC, a Limited-Liability Company; ROE ENTITIES I – V, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00213-KJD-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S PENDING MOTIONS TO SEAL OR STRIKE**<br>**AND**<br>**TO EXTEND TIME FOR CORPORATE DEFENDANTS TO RESPOND TO THE COMPLAINT**<br>**(First Request)** |

Defendant Lane F. Smith, M.D. (hereinafter "Dr. Smith") by and through his counsel, Amanda L. Ireland, Esq. and Gabriel L. Grasso, Esq., and Plaintiff, Sarah Kim Nguyen, (hereinafter "Plaintiff") by and through her counsel of record Andre M. Lagomarsino, Esq. and Cory M. Ford, Esq., do hereby stipulate and agree to an 11-day extension of time for Plaintiff to

1

respond to Defendant's Motion to Seal Complaint, or, in the Alternative, Motion to Strike Scandalous Immaterial Matter (Doc. #9)("Motion to Seal or Strike") from March 12, 2021 until March 22, 2021. The Complaint was filed on February 9, 2021, and the Motion to Seal or Strike was filed on February 26, 2021.

The parties further stipulate and agree to extend the time for the corporate defendants (Smith Salon, LLC, Smith Plastic Surgery Institute, PC, and Smith Plastic Surgery Building, LLC) to appear and respond to the Plaintiff's Complaint (Doc. #1) from March 15, 2021 until 14 days after notice of the Court's action on the Motion to Seal or Strike.

These requests are submitted pursuant to Local Rules IA 6-1, 6-2 and II 7-1 and the Federal Rules of Civil Procedure 12(a)(4), and 12(f), and are the parties' first requests for an extension of pending deadlines.

These extensions are requested due to agreements between counsel for the parties, and for good cause. Counsel for Dr. Smith sought an extension for the corporate defendants to respond to the Complaint in the interests of litigation efficiency and avoiding needless duplication of responsive pleadings in light of Dr. Smith's FRCP 12(b) Motion to Seal or Strike.

Meanwhile, counsel for the Plaintiff requested an extension to respond to the Motion to Seal or Strike due to an attorney leaving his law office to start his own practice.

Accordingly, Plaintiff shall have up to and including March 22, 2021 to respond to Defendant's Motion to Seal or Strike, and the corporate defendants (Smith Salon, LLC, Smith Plastic Surgery Institute, PC, and Smith Plastic Surgery Building, LLC) shall have until 14 days after notice of the Court's action on the Motion to Seal or Strike.

Dated this 11th day of March 2021.

IRELAND LAW GROUP, LLC

By: */s/ Amanda L. Ireland*
AMANDA L. IRELAND, ESQ.
7854 West Sahara Ave.
Las Vegas, Nevada 89117
Tel: (702) 427-2110
Fax: (702) 441-7637
amanda@irelandlawgroup.com
GABRIEL L. GRASSO, ESQ.
GABRIEL L. GRASSO, P.C.
Nevada Bar No. 7358
411 South 6th Street
Las Vegas, NV  89101

*Attorneys for Defendants*

Dated this 11th day of March 2021.

LAGOMARSINO LAW

By: */s/ Andre M. Lagomarsino*
ANDRE M. LAGOMARSINO, ESQ.
CORY M. FORD, ESQ.
3005 W. Horizon Ridge Pkwy. #241
Henderson, Nevada 89052
aml@lagomarsinolaw.com
cory@lagomarsinolaw.com
Phone: (702) 383-2864
Fax: (702) 383-0065

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**Dated: March 15, 2021**