**AMANDA L. IRELAND, ESQ.**
Nevada Bar No. 13155
**IRELAND LAW GROUP, LLC**
7854 West Sahara Ave.
Las Vegas, Nevada 89117
T: (702) 427-2110
F: (702) 441-7637
E: amanda@irelandlawgroup.com
and
**GABRIEL L. GRASSO, ESQ.**
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SARA KIM NGUYEN, individually,<br><br>Plaintiff,<br><br>vs.<br><br>LANE F. SMITH, M.D., individually; SMITH SALON, LLC dba Chic La Vie, a Limited-Liability Company; SMITH PLASTIC SURGERY INSTITUTE, PC, a Professional Corporation; SMITH PLASTIC SURGERY BUILDING LLC, a Limited-Liability Company; ROE ENTITIES I – V, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00213-KJD-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANT LANE F. SMITH, M.D. TO FILE HIS REPLY TO IN SUPPORT OF MOTION TO SEAL OR STRIKE**<br>**(First Request)** |

Defendant Lane F. Smith, M.D. (hereinafter "Dr. Smith") by and through his counsel, Amanda L. Ireland, Esq. and Gabriel L. Grasso, Esq., and Plaintiff, Sarah Kim Nguyen, by and through her counsel of record Andre M. Lagomarsino, Esq. and Cory M. Ford, Esq., do hereby agree and stipulate to an 14-day extension for Dr. Smith to file a Reply in Support of his Motion

1

to Seal Complaint, or in the Alternative, Motion to Strike Scandalous Immaterial Matter (Doc. 9) ("Motion to Seal or Strike") from March 23, 2021 until April 6, 2021.

The Complaint was filed on February 9, 2021, the Motion to Seal or Strike was filed on February 26, 2021, and a hearing on the Motion was set for May 6, 2021 at 10 am.

This is Dr. Smith's first request for an extension of the Motion to Seal or Strike Reply deadline, and is submitted pursuant to Local Rules IA 6-1, 6-2 and II 7-1.

The extension is requested based on agreements between counsel and for good cause. The parties previously stipulated to extend the time for Plaintiff to respond to the Motion to Seal or Strike from March 12th until March 22nd. (Doc. 13) The Stipulation was granted on March 15th. (Doc. 14) The next day, March 16th, somewhat unexpectedly for defense counsel, Plaintiff filed her Opposition. (Doc. 15)

Counsel for the parties participated in the Rule 26(f) conference on March 22, 2021, during which they agreed an extension for Dr. Smith's Reply was appropriate as a matter of professional courtesy, as well as consistent with the parties' interest in attempting informal settlement discussions prior to the hearing on the Motion to Seal or Strike.

//
//
//
//
//
//
//
//
//
//
//
//

Accordingly, Dr. Smith shall have up to and including April 6, 2021 to file his Reply in support of the Motion to Seal or Strike.

Dated this 22nd day of March 2021.

IRELAND LAW GROUP, LLC

　　/s/ Amanda L. Ireland
By: _____
AMANDA L. IRELAND, ESQ.
7854 West Sahara Ave.
Las Vegas, Nevada 89117
Tel: (702) 427-2110
Fax: (702) 441-7637
amanda@irelandlawgroup.com
GABRIEL L. GRASSO, ESQ.
GABRIEL L. GRASSO, P.C.
Nevada Bar No. 7358
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778

*Attorneys for Defendants*

Dated this 22nd day of March 2021.

LAGOMARSINO LAW

　　/s/ Andre M. Lagomarsino
By: _____
ANDRE M. LAGOMARSINO, ESQ.
CORY M. FORD, ESQ.
3005 W. Horizon Ridge Pkwy. #241
Henderson, Nevada 89052
aml@lagomarsinolaw.com
cory@lagomarsinolaw.com
Phone: (702) 383-2864
Fax: (702) 383-0065

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**Dated:** March 26, 2021.