1  **AMANDA L. IRELAND, ESQ.**
   Nevada Bar No. 13155
2  **IRELAND LAW GROUP, LLC**
   7854 West Sahara Ave.
3  Las Vegas, Nevada 89117
   T: (702) 427-2110
4  F: (702) 441-7637
   E: amanda@irelandlawgroup.com
5  and
   **GABRIEL L. GRASSO, ESQ.**
6  Nevada Bar No. 7358
   **GABRIEL L. GRASSO, P.C.**
7  411 South 6th Street
   Las Vegas, NV  89101
8  T: (702) 868-8866
   F: (702) 868-5778
9  E: gabriel@grassodefense.com
   *Attorneys for Defendants*

10

               **UNITED STATES DISTRICT COURT**
11
                    **DISTRICT OF NEVADA**
12

13  SARA KIM NGUYEN, individually,          Case No.: 2:21-cv-00213-KJD-BNW

14            Plaintiff,

15      vs.

16  LANE F. SMITH, M.D., individually; SMITH    **STIPULATION AND PROPOSED**
    SALON, LLC dba Chic La Vie, a Limited-     **ORDER TO EXTEND TIME FOR**
    Liability Company; SMITH PLASTIC           **DEFENDANT LANE F. SMITH, M.D.**
17  SURGERY INSTITUTE, PC, a Professional      **TO FILE HIS REPLY TO IN**
    Corporation; SMITH PLASTIC SURGERY         **SUPPORT OF MOTION TO SEAL**
18  BUILDING LLC, a Limited-Liability Company; **OR STRIKE**
    ROE ENTITIES I – V, inclusive,             **(Second Request)**
19
              Defendants.
20

21      Defendant Lane F. Smith, M.D. (hereinafter "Dr. Smith") by and through his counsel,

22  Amanda L. Ireland, Esq. and Gabriel L. Grasso, Esq., and Plaintiff, Sarah Kim Nguyen, by and

23  through her counsel of record Andre M. Lagomarsino, Esq. and Cory M. Ford, Esq., do hereby

24  agree and stipulate to an additional 3-day extension for Dr. Smith to file a Reply in Support of

                                            1

his Motion to Seal Complaint, or in the Alternative, Motion to Strike Scandalous Immaterial Matter (Doc. 9) ("Motion to Seal or Strike") from April 6, 2021 until April 9, 2021.

The Complaint was filed on February 9, 2021, the Motion to Seal or Strike was filed on February 26, 2021, and a hearing on the Motion was set for May 6, 2021 at 10 am.

This is Dr. Smith's second request for an extension of the Motion to Seal or Strike Reply deadline, and is submitted pursuant to Local Rules IA 6-1, 6-2 and II 7-1. The parties previously stipulated to extend the time for Plaintiff to respond to the Motion to Seal or Strike from March 12th until March 22nd. (Doc. 13) The Stipulation was granted on March 15th. (Doc. 14) The next day, March 16th, Plaintiff filed her Opposition. (Doc. 15). When counsel participated in the Rule 26(f) conference on March 22, 2021, they agreed an extension for Dr. Smith's Reply was appropriate as a matter of professional courtesy, and on March 23rd the parties submitted a stipulation to extend the time for Defendant to file a Reply to his Motion to Seal or Strike to April 6, 2021. (ECF No. 18). Since then, an Order was entered March 30, 2021 setting an Early Neutral Evaluation for May 13, 2021 (ECF No. 21), and a Scheduling Order was entered on April 2, 2021, (ECF No. 22).

This extension is requested based on agreements between counsel and this stipulation is submitted after the specified deadline for the Reply as a result of excusable neglect. Specifically, lead counsel for Dr. Smith, Amanda L. Ireland, Esq., suffered a major IT hardware failure at her home office the day the Reply was due, causing delay due to corrupted files and the need to order, receive and replace computer equipment.

//
//
//
//
//
//
//

Accordingly, Dr. Smith shall have up to and including April 9, 2021 to file his Reply in support of the Motion to Seal or Strike.

Dated this 8th day of April 2021.

IRELAND LAW GROUP, LLC

/s/ Amanda L. Ireland
By: _____
AMANDA L. IRELAND, ESQ.
7854 West Sahara Ave.
Las Vegas, Nevada 89117
Tel: (702) 427-2110
Fax: (702) 441-7637
amanda@irelandlawgroup.com
GABRIEL L. GRASSO, ESQ.
GABRIEL L. GRASSO, P.C.
Nevada Bar No. 7358
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778

*Attorneys for Defendants*

Dated this 8th day of April 2021.

LAGOMARSINO LAW

/s/ Andre M. Lagomarsino
By: _____
ANDRE M. LAGOMARSINO, ESQ.
CORY M. FORD, ESQ.
3005 W. Horizon Ridge Pkwy. #241
Henderson, Nevada 89052
aml@lagomarsinolaw.com
cory@lagomarsinolaw.com
Phone: (702) 383-2864
Fax: (702) 383-0065

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**Dated: April 13th, 2021**