# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SARAH KIM NGUYEN,

    Plaintiff,

v.

SMITH SALON, LLC, et al.,

    Defendants.

Case No. 2:21-cv-00213-KJD-BNW

**ORDER**

    An Early Neutral Evaluation is set for 9:30 a.m. on May 13, 2021. Docket No. 21. To facilitate the remote Early Neutral Evaluation, the parties were required to provide an email address for each participant. *Id.* at 2. Defendant Dr. Lane F. Smith's statement did not provide email addresses for Defendant Dr. Lane F. Smith and attorney participants. Further, Defendant Dr. Lane F. Smith's statement submits that he will attend the Early Neutral Evaluation on behalf of himself and Defendants Smith Salon, LLC, Smith Plastic Surgery Institute, PC, and Smith Plastic Surgery Building, LLC ("corporate defendants"). However, the docket indicates that Defendant Lane F. Smith's counsel does not represent the corporate defendants.[1] *See* Docket.

    Accordingly, Defendant Dr. Lane F. Smith is **ORDERED** to file an amended statement that fully complies with the Court's order at Docket No. 21, no later than 12:00 p.m. on May 10, 2021. Further, Defendants Smith Salon, LLC, Smith Plastic Surgery Institute, PC, and Smith Plastic Surgery Building, LLC are **ORDERED** to file a notice on the docket advising the Court whether they are represented by counsel, no later than 2:00 p.m. today, May 7, 2021.

    IT IS SO ORDERED.

    Dated: May 7, 2021

Nancy J. Koppe
United States Magistrate Judge

---

[1] "A corporation must be represented by counsel." *Reading Intern., Inc. v. Malulani Grp., Ltd.*, 814 F.3d 1046, 1053 (9th Cir. 2016) (citing *In re Highley*, 459 F.2d 554, 555 (9th Cir. 1972)).