**AMANDA L. IRELAND, ESQ.**
Nevada Bar No. 13155
**THE LAW OFFICE OF AMANDA L. IRELAND, LTD.**
7854 West Sahara Ave.
Las Vegas, Nevada 89117
T: (702) 427-2110
F: (702) 441-7637
E: amanda@irelandlawgroup.com

**GABRIEL L. GRASSO, ESQ.**
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com

*Attorneys for Defendants/Counterclaimants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SARAH KIM NGUYEN, individually, | Case No.: 2:21-cv-00213-KJD-BNW |
| Plaintiff, | ~~STIPULATION AND~~ ORDER OF DISMISSAL WITH PREJUDICE |
| vs. | |
| LANE F. SMITH, M.D., individually; SMITH SALON, LLC dba Chic La Vie, a Limited-Liability Company; SMITH PLASTIC SURGERY INSTITUTE, PC, a Professional Corporation; SMITH PLASTIC SURGERY BUILDING LLC, a Limited-Liability Company; ROE ENTITIES I – V, inclusive, | |
| Defendants, | |
| LANE F. SMITH, M.D., individually; SMITH SALON, LLC dba Chic La Vie, a Limited-Liability Company; and SMITH PLASTIC SURGERY INSTITUTE, PC, a Professional Corporation, | |
| Counterclaimants, | |
| vs. | |
| SARAH KIM NGUYEN, individually, | |
| Counter-defendant. | |

1

Defendants/Counterclaimants LANE F. SMITH, M.D., SMITH SALON, LLC dba Chic La Vie, SMITH PLASTIC SURGERY, PC, and SMITH PLASTIC SURGERY BUILDING, LLC, by and through their counsel of record, The Law Office of Amanda L. Ireland Ltd. and Gabriel L. Grasso, PC and Plaintiff/Counter-Defendant SARAH KIM NGUYEN, by and through her counsel of record, Lagomarsino Law, hereby stipulate and agree, due to the existence of severe issues of proof with respect to certain allegations, and the preference of all parties to avoid the additional disruption and expense of protracted litigation and trial, that this action be dismissed in its entirety, with prejudice, with each party to bear their own attorneys' fees and costs, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(ii). This dismissal includes all claims and counterclaims actually asserted or that could have been asserted by the parties hereto.

**IT IS SO STIPULATED.**

DATED this 8th day of April, 2022.

**LAGOMARSINO LAW**

*/s/ Cory M. Ford*
_____
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
*Attorneys for Plaintiff/Counter Defendant*

DATED this 8th day of April, 2022.

**THE LAW OFFICE OF AMANDA L. IRELAND, LTD.**

*/s/ Amanda L. Ireland*
_____
AMANDA L. IRELAND, ESQ. (#13155)
7854 West Sahara Ave.
Las Vegas, Nevada 89117
Telephone: (702) 427-2110
Facsimile: (702) 441-7637
*and*
**GABRIEL L. GRASSO, P.C.**
GABRIEL L. GRASSO, ESQ. (#7358)
411 South 6th Street
Las Vegas, NV 89101
Telephone: (702) 868-8866
Facsimile: (702) 868-5778
*Attorneys for Defendants/Counterclaimants*

**ORDER**

Upon the stipulation of the parties and for good cause shown, the above captioned action, including all claims and counterclaims actually asserted or that could have been asserted, is dismissed in its entirety, with prejudice, with each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: 4/11/2022